

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

86 Chambers Street, 3rd Floor
New York, New York 10007

July 30, 2008

**VIA HAND DELIVERY**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl St., Room 615
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

     Re:    Williams v. John Does 1-11
            07 Civ. 3018 (RJS)

Dear Judge Sullivan:

     The above-referenced action alleges that John Does Nos. 1-11, unidentified United States Marshals for the Southern District of New York, used excessive force against Plaintiff Larry Williams ("Plaintiff"), while he was in the custody of the United States Marshals Service ("USMS") and in transit to the United States Courthouse for the Southern District of New York. On July 10, 2008, the Court issued a Memorandum and Order, ordering this Office to make reasonable efforts within 20 days of the date of the Order, to identify the unnamed defendants, in light of Plaintiff's recent correspondence. We write to request a two-week extension, or until August 15, 2008, to respond to the Court's Order because this Office did not become aware of the Order until July 17, 2008. Further, the Government was not able to obtain a copy of Plaintiff's letters dated January 6, 2008, March 5, 2008, and April 20, 2008, until earlier this week, and Plaintiff's letters are necessary to perform the investigation that the Court requires.

     Accordingly, we respectfully request until August 15, 2008, so as to enable this Office and the USMS to make reasonable efforts to further identify the unnamed defendants.

     A copy of this letter has been mailed to Plaintiff.

     Respectfully submitted,

     MICHAEL J. GARCIA
     United States Attorney
     Southern District of New York

By: _____
CAROLINA A. FORNOS
Assistant United States Attorney
Tel.: (212) 637-2740
Fax: (212) 637-2702

*[Handwritten endorsement:]* No further extensions will be granted absent truly compelling circumstances.

SO ORDERED
Dated: 8/1/08
RICHARD J. SULLIVAN
U.S.D.J.