USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARRY WILLIAMS,

                     Plaintiff,

-v-

JOHN DOES, 1-11, sued in their individual capacities, *et al.*,

                     Defendants.

No. 07 Civ. 3018 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

Plaintiff commenced this action on April 16, 2007. (Doc. No. 2.) On January 7, 2009, Plaintiff filed an Amended Complaint. (Doc. No. 19.) However, as of March 2, 2009, no proof of service has been filed, and the docket sheet does not reflect that any Defendant has been served at any point in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, Plaintiff is HEREBY ORDERED to serve the Amended Complaint on Defendants by April 1, 2009. In order to do so, Plaintiff is directed to request from this District's *Pro Se* Office an amended summons and the other documents necessary to serve Defendants, as well as any other assistance that he may require in order to do so. Plaintiff may contact the *Pro Se* Office via mail at *Pro Se* Office, Southern District of New York, Room 230, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED THAT, by April 15, 2009, Plaintiff shall submit a status letter to the Court describing his efforts to serve Defendants. Failure to complete service in a timely fashion following this Order will result in the dismissal of this action pursuant to Rule 41(b).

SO ORDERED.

Dated:   March 2, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Larry Williams # 53927-019
MCC New York
150 Park Row
New York, NY 10007

Carolina A. Fornos
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007