UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY WILLIAMS,

                Plaintiff,

-v-

UNITED STATES OF AMERICA, UNITED
STATES MARSHAL SERVICE, LUIS
FIGUEROA, THOMAS VENTIERE, A.J.
KRAUSE, DONNY LNU, *et al.*,

                Defendants.

No. 07 Civ. 3018 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 8, 2009, the Court received an undated letter from Plaintiff regarding his efforts to serve the named Defendants in this matter. In the letter, Plaintiff represents to the Court that, on June 29, 2009, he received confirmation from the United States Marshal's Service that the following Defendants have been served: Luis Figueroa, A.J. Krause, Donny "LNU," and Thomas Ventiere.

The docket sheet in this matter presently reflects proof of service only for Defendants the United States of America and the United States Marshal's Service, and it indicates that those Defendants' deadline to answer or otherwise respond to the Amended Complaint is August 3, 2009. However, no proof of service has been submitted to the Court or filed with the Clerk of the Court as to the individually named Defendants referenced in Plaintiff's letter. Accordingly, IT IS HEREBY ORDERED THAT, by July 17, 2009, Plaintiff shall submit copies of the return-of-service receipts referred to in his letter to this District's *Pro Se* Office, along with a copy of this Order, so that the receipts may be noted on the docket sheet.

SO ORDERED.

Dated:     July 9, 2009
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Larry Williams
53927-019
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

Carolina A. Fornos
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

3